IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASHER KAUFMAN, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF CHICAGO and CHICAGO POLICE SERGEANT R. DAKURAS, # 8115, OFFICER S. MIRUS, #13358, and OTHER AS YET UNIDENTIFIED CHICAGO POLICE OFFICERS <br><br> Defendants. | JURY TRIAL DEMANDED |

## COMPLAINT

NOW COMES Plaintiff, ASHER KAUFMAN, by and through his attorney Christopher R. Smith, and complaining of Defendants, CITY OF CHICAGO (õCITYö), and CHICAGO POLICE OFFICERS SERGEANT R. DAKURAS , # 8115 (õDAKURASö) J. MIRUS, #13358 (õMIRUSö), and OTHER YET UNIDENTIFIED CHICAGO POLICE OFFICERS.

### Introduction

1. This action is brought pursuant to 42 U.S.C. Section 1983 to redress the deprivation under color of law of Plaintiffsø Fourth Amendment rights as secured by the United States Constitution.

### Jurisdiction and Venue

2. This Court has jurisdiction of the action pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1367, and venue is proper under 28 U.S.C. § 1391(b). On information and belief, all parties reside in this judicial district, and the events giving rise to the claims asserted herein occurred within the district.

## The Parties

3. Plaintiff, Asher Kaufman, is a resident of Chicago, Cook County, Illinois.

4. Defendant Officers R. Dakuras, # 8115 and S. Mirus, #13358, and other unknown Chicago Police Officers ("Defendant Officers") were at the time of this occurrence Chicago Police Officers. They engaged in the conduct complained of while in the scope of their employment and under color of law. They are sued in their individual capacities.

5. Defendant City of Chicago ("City") is a municipal corporation incorporated under the laws of the State of Illinois that operates the Chicago Police Department, and, at all times relevant to the events complained of herein, was the employer of Defendant Officers. The City is sued pursuant to the doctrine of respondeat superior on the pendant State law claims.

## Background

6. On November 2, 2016, Plaintiff, Asher Kaufman, his girlfriend and another friend were watching a Chicago Cubs, at the plaintiff's home.

7. Plaintiff lived approximately a half mile from Wrigley Field.

8. Plaintiff has been a longtime Cubs fan.

9. Shortly before midnight the Cubs won the World Series.

10. Plaintiff's friend rushed down to Wrigley Field to celebrate with thousands of other Cubs fans.

11. Plaintiff and his girlfriend were going to meet their friend and also celebrate the victory with the crowd around Wrigley Field. Plaintiff and his girlfriend walked toward Wrigley Field.

12. Plaintiff and his girlfriend decided to stop at a 7 Eleven convenience store to purchases a celebratory drink, to have a toast with the crowd. They had not been that night before going to the 7 Eleven.

13. Plaintiff and his girlfriend each got one Stella Artois beer. Plaintiff also bought a half pint of Crown Royal.

14. Plaintiff and his girlfriend were headed down Clark Street. They were going to try to meet their friend in the area of Murphy's Bleachers.

15. While walking down Clark Street a uniform Chicago Police Officer asked Plaintiff to hurry up and drink his beer.

16. Plaintiff replied, "you got it" to the officer.

17. The Streets around Wrigley Field were flooded with people celebrating.

18. Many of the celebrators had alcohol in various types of containers, including bottles and even kegs on front lawns.

19. Plaintiff and his girlfriend were heading towards an opening where people were being let through to get closer to the stadium and Murphy's Bleachers.

20. As they were walking past the area of a bar called The Gingerman Tavern, a large bald male wearing all black grabs the Plaintiff. Plaintiff now knows this man to be Defendant Mirus.

21. Mirus searched the Plaintiff, grabbed his beer and the half pint that was in his front pocket.

22. The searched included going into his pants pockets and searching his entire waist area, crotch, stomach, back, and down his thighs towards plaintiff's feet.

23. Plaintiff thought Mirus was a bouncer at first.

24. Plaintiff expressed to Mirus that he had not been in his bar and asked for the beer back.

25. Mirus said "fuck you", and proceeded to shove plaintiff away.

26. Taken aback Plaintiff asked if Mirus is a cop and asks to see a badge.

27. Plaintiff had his cell phone out in his hand because he had periodically been filming people celebrating.

28. At this time Plaintiff attempted to take a picture of who he now knows to be Defendant Mirus.

29. Mirus told Plaintiff "you're not getting your beer back and get out of here"

30. Plaintiff and his girlfriend started walking away from Mirus.

31. Plaintiff's girlfriend's beer was also grabbed and tossed into a bin.

32. While walking away Plaintiff was checking his pockets and noticed his zipper down. Plaintiff turned back toward Mirus said words to the effect of dude my zipper is down, what the hell are you doing, we're all here celebrating, you're starting shit, what is wrong with you.

33. Mirus yelled "fuck you, get the fuck out of here".

34. From the North, a guy in a grey hoodie comes running up and strikes Plaintiff in the chest. Plaintiff now knows the person was Defendant Dakuras.

35. Plaintiff first responds by putting his girlfriend behind him with one hand.

36. Defendant Dakuras strikes plaintiff again with two hands.

37. Plaintiff shouts "this is an assault, what are you doing, don't hit me like that again."

38. Plaintiff's phone was in his right hand while he is in a defensive posture.

4

39. Dakuras says to Plaintiff "come on motherfucker, let's go"

40. Plaintiff holds his camera up trying to record.

41. Plaintiff states "I'm going to defend myself if you hit me again. Then Plaintiff yells over to one of the uniform officers "help officer".

42. One of the uniforms starts walking up.

43. Dakuras hits him again.

44. Plaintiff tells the officer "this guy hit me three times. Would you please arrest this man?"

45. This uniform Officer doesn't say anything.

46. Dakuras hits him again.

47. He asks the officer "why aren't you doing anything?"

48. Plaintiff then turned his phone towards the uniform officer. Asking again "please say something. Why aren't you doing anything?"

49. The uniform doesn't say a word.

50. Dakuras shoved plaintiff again and snatches the Plaintiff's phone from his hand.

51. Plaintiff stands there for a second looking at the uniform police officer, who do nothing in response to Dakuras snatching the Plaintiff's phone.

52. Plaintiff then runs after the Dakuras yelling "robber!"

53. Plaintiff catches up to Dakuras in the crowd and grabs him around the waist taking him down.

54. Plaintiff's phone comes out of Dakuras' hand and Plaintiff dives onto the phone.

55. Dakuras yelling "get the phone".

56. From what seemed like every direction uniform officers pounce on Plaintiff and

hold Plaintiff down with hands and knees.

57. Dakuras said "I'm an undercover cop you're fucked now. I love this part, free shots."

58. Plaintiff puts his hands out in front of him open on the ground while the uniform Officers are still holding him down.

59. Dakuras comes over grabs him by the hair and punches him in the face, side of the head, and the temple.

60. Plaintiff could see Defendant Mirus was standing there while this happened.

61. At one point Plaintiff's bracelet came off, Plaintiff asked Mirus to get his bracelet. Mirus steps on the bracelet and later the bracelet was returned.

62. After multiple punches by Dakuras, Dakuras got on top of the Plaintiff and is grabbing Plaintiff's hair pulling his head back with both hands and then driving Plaintiff's head forward down into the pavement.

63. Dakuras tried to do this two more times.

64. Dakuras then goes onto Plaintiff side and starts kneeing him multiple times and is also gouging Plaintiff's ear with an object.

65. Plaintiff feels someone pulling Dakuras off of him.

66. Uniform officers lifted Plaintiff up and walked him over to a wall.

67. A Uniform Officer puts handcuffs on Plaintiff.

68. Darkarus go over to group and one of the officers has his phone. Plaintiff was never given his phone back.

69. Several minutes go buy and before Dakuras and Mirus put him in a car.

70. Plaintiff tells the Defendants, "Do you realize how many cameras there are out

6

here."

71. While Mirus is driving Dakuras tells Plaintiff, if you so much as move I'll shoot you in the face.

72. Plaintiff responded "Seriously".

73. Dakuras then points a gun at him.

74. Plaintiff is taken by Mirus and Dakuras to Thorek Memorial Hospital.

75. Plaintiff was treated for injuries, given stitches and cleaned up before being brought to the police station.

76. Plaintiff suffered severe injuries to his head and eye.

77. Plaintiff went to Swedish Covenant Hospital immediately after being released from custody.

78. Plaintiff has also been treated at Northwestern Hospital for his injuries.

79. Defendants wrote false police reports to cover up their own actions.

80. To further cover up their own actions Defendant Officers caused Plaintiff to be criminally charged with a battery that the Defendants knew that he was not guilty of.

81. On July 14, 2017 before a Cook County Court, Plaintiff was found not guilty of any battery after a bench trial.

### Count I – 42 U.S.C. § 1983
### Fourth Amendment – Excessive Force

82. Each of the foregoing paragraphs is incorporated as if restate fully herein.

83. The actions of the Defendant Officers, as detailed above, constitute unreasonable, unjustifiable, and excessive force against Plaintiff; thus, violating Plaintiffs' rights under the Fourth Amendment to the United States Constitution.

84. As a proximate result of the above-detailed actions of Defendants, Plaintiff suffered injuries including pain and suffering, emotional distress and mental anguish.

### Count II – 42 U.S.C. § 1983
### Fourth Amendment – Illegal Seizure

Each of the foregoing Paragraphs is incorporated as if restated fully herein.

85. The seizure of Plaintiff's phone violated his Fourth Amendment right to be free from unreasonable seizures.

86. The seizure of Plaintiff's phone violated his Fourth Amendment right to be free from unreasonable seizures.

87. The misconduct described in this Count was objectively unreasonable and was undertaken intentionally with willful indifference to Plaintiffs' constitutional rights.

88. As a result of the Defendant Officers' illegal seizure, Plaintiff suffered injury.

### COUNT III – 42 U.S.C. § 1983
### Fourth Amendment – Failure to Intervene

89. Each of the foregoing Paragraphs is incorporated as if restated fully herein.

90. As described more fully in the preceding paragraphs, during the constitutional violations described herein, one or more of the Defendant Officers stood by without intervening to prevent the misconduct described in this Complaint.

91. As a result of the Defendant Officers' failure to intervene, Plaintiff suffered pain and injury, including emotional anguish, humiliation, fear, anxiety, and the loss of Plaintiffs' liberty, as is more fully described throughout this Complaint.

### COUNT IV – STATE LAW CLAIM
### Malicious Prosecution

...
...

92. Each of the foregoing Paragraphs is incorporated as if restated fully herein.

93. As described above, Defendant Officers willfully and wantonly initiated and continued criminal proceedings against Plaintiff for battery without probable cause to believe that Plaintiff had committed that battery.

94. The criminal charge of battery against Plaintiff was terminated in his favor in a manner indicative of innocence.

95. As a result of the Defendant Officers' conduct, Plaintiff suffered injuries including emotional distress.

### COUNT V – STATE LAW CLAIM
### Battery

96. Each of the foregoing paragraphs is incorporated as if restated fully herein.

97. As described in the proceeding paragraphs, the Defendant Officers made offensive physical contact with Plaintiff without his consent.

98. The Defendant Officers' actions were undertaken intentionally, willfully and wantonly, and with reckless indifference or conscious disregard for the safety of others.

99. As a result of the Defendant Officers' conduct, Plaintiff suffered injuries including pain and suffering.

### COUNT VI – STATE LAW CLAIM
### Intentional infliction of Emotional Distress

100. Each of the foregoing Paragraphs is incorporated as if restated fully herein.

101. As described in the preceding paragraphs, the misconduct of the Defendant Officers toward Plaintiff was extreme and outrageous.

102. Given the nature of the misconduct, the Defendant Officers committed the misconduct with knowledge that their actions were likely to cause severe emotional distress to

...

Plaintiff.

103. As a direct and proximate cause of Defendants' misconduct, Plaintiff has suffered severe emotional distress, including emotional anguish, humiliation, fear, and anxiety.

## COUNT VI – STATE LAW CLAIM
### Conversion

104. Each of the foregoing Paragraphs is incorporated as if restated fully herein.

105. As described above, the Defendants, while acting individually and in concert with each other, tortuously converted the property of Plaintiff.

106. Defendants ignored Plaintiff's rights and demands of possession and wrongfully asserted dominion and ownership of Plaintiff's property.

107. The misconduct described in this Count was objectively unreasonable and was undertaken intentionally.

108. As a result of this violation, Plaintiff suffered injuries, including but not limited to emotional distress and a deprivation of his property, as is alleged above.

## COUNT VIII – STATE LAW CLAIM
### Indemnification – 745 ILCS 10/9-102

109. Each of the foregoing Paragraphs is incorporated as if restated fully herein.

110. At the time of the events described above, the Defendant Officers were employed by the City of Chicago.

111. The Defendant Officers committed the acts alleged above under color of law and within the scope of their employment as employees of the City of Chicago.

## COUNT IX – STATE LAW CLAIM
### Respondeat Superior

112. Each of the foregoing Paragraphs is incorporated as if restated fully herein.

113. In committing the acts alleged in the preceding paragraphs, the Defendant Officers were employed by and acting as agents of the City of Chicago.

114. Defendant City of Chicago is liable as principal for all torts committed by its agents.

WHEREFORE, pursuant to 42 U.S.C. Section 1983 and applicable state law, Plaintiff demand judgment against Defendants for compensatory damages and, because the Defendant Officers acted maliciously, wantonly, and/or oppressively, Plaintiff seek punitive damages against them in their individual capacities, plus the costs of this action and attorney's fees, and such other and additional relief as this court deems equitable and just.

PLAINTIFF'S DEMAND TRIAL BY JURY.

RESPECTFULLY SUBMITTED,

/s/ Christopher R. Smith
*Attorney for Plaintiff*

Christopher R. Smith
Christopher Smith Trial Group
One North LaSalle, Suite 2000
Chicago, Illinois 60602
312.432.0400